# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Greg Acosta,<br><br>  Plaintiff,<br><br>vs.<br><br>S. Suryadevara,<br><br>  Defendant. | No. CV 1-08-1238-GMS<br><br>**ORDER** |

Pending before the Court is Plaintiff's Motion to Make Correction to Order (Dkt. # 35).  Accordingly,

**IT IS HEREBY ORDERED** granting the Motion (Dkt. # 35) and the Court will amend its Order.

DATED this 3rd day of May, 2010.

_____
G. Murray Snow
United States District Judge

JDDL