# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Greg Acosta,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>S. Suryadevara,<br><br>　　　　Defendant. | No. CV 1-08-1238-GMS<br><br>**AMENDED ORDER** |

　　　Pending before the Court is Defendant's Ex Parte Application for an Extension of Time to File Motion for Summary (Dkt. # 30).  In light of the extension given to Plaintiff to file his Answers to Interrogatories,

　　　**IT IS HEREBY ORDERED** granting the Motion (Dkt. # 30) and extending the time in which Defendant may file a Motion for Summary Judgment, to and including, **May 5, 2010**.

　　　DATED this 3rd day of May, 2010.

_/s/ G. Murray Snow_
G. Murray Snow
United States District Judge

JDDL