# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Greg Acosta, | No. CV 1-08-1238-GMS |
| Plaintiff, | **ORDER** |
| vs. | |
| S. Suryadevara, | |
| Defendant. | |

Pending before the Court is Defendant's Ex Parte Application for Leave to File Supplemental Declaration in Support of Motion for Summary Judgment (Dkt. # 42). After consideration,

**IT IS HEREBY ORDERED** granting the Request and Defendant is directed to file his Supplemental Declaration in Support of his Motion for Summary Judgment forthwith.

DATED this 18th day of May, 2010.

_____
G. Murray Snow
United States District Judge

JDDL