IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Greg Acosta, | No. CV 1-08-1238-GMS |
| Plaintiff, | **ORDER** |
| vs. | |
| S. Suryadevara, | |
| Defendant. | |

Pending before the Court are Plaintiff's Motion for Clarification (Dkt. # 44) and Motion to Appoint Counsel (Dkt. # 45). Plaintiff requests clarification of the unsigned order he received from Defendant along with the Motion for Summary Judgment and status of his case. The order is a proposed form order submitted to the Court by Defendant that Defendant proposes that the Court sign if it grants Defendant's Motion for Summary Judgment. The Motion for Summary Judgment is pending and the Court will rule on the Motion in due course once it is fully briefed.

Plaintiff requests the Court to appoint him counsel. There is no constitutional right to appointed counsel in a civil case. *See Ivey v. Bd. of Regents of Univ. of Alaska*, 673 F.2d 266, 269 (9th Cir. 1982). The Court, however, does have the discretion to appoint counsel in "exceptional circumstances." *See* 28 U.S.C. § 1915(e)(1); *Wilborn v. Escalderon*, 789 F.2d 1328, 1331 (9th Cir. 1986); *Aldabe v. Aldabe*, 616 F.2d 1089, 1093 (9th Cir. 1980). "A finding of exceptional circumstances requires an evaluation of both 'the likelihood of success

JDDL

1  on the merits and the ability of the petitioner to articulate his or her claim *pro se* in light of
2  the complexity of the legal issues involved.'" *Wilborn*, 789 F.2d at 1331(quoting *Weygant*
3  *v. Look*, 718 F.2d 952, 954 (9th Cir. 1983)); *see  Richards v. Harper*, 864 F.2d 85, 87 (9th
4  Cir. 1988).  "Neither of these factors is dispositive and both must be viewed together before
5  reaching a decision on request of counsel" under section 1915(e)(1).  *Wilborn*, 789 F.2d at
6  1331.

7        Having considered both factors, the Court finds that Plaintiff has not demonstrated a
8  likelihood of success on the merits or that any difficulty he is experiencing in attempting to
9  litigate his case is due to the complexity of the issues involved.  While Plaintiff has pointed
10  to financial difficulties that he is experiencing, such difficulties do not make his case
11  exceptional.  Accordingly, at the present time, this case does not present "exceptional
12  circumstances" requiring the appointment of counsel.  Accordingly,

13        **IT IS HEREBY ORDERED** granting the Motion for Clarification (Dkt. # 44).
14        **IT IS FURTHER ORDERED** denying the Motion to Appoint Counsel (Dkt. # 45).
15        DATED this 24th day of May, 2010.

_____
G. Murray Snow
United States District Judge