IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Greg Acosta,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>S. Suryadevara,<br><br>　　　　Defendant. | No. CV 1-08-1238-GMS<br><br>**ORDER** |

Pending before the Court is Defendant 's Motion for Summary Judgment (Dkt. # 40). The motion was filed on May 5, 2010, along with notices of the motion and certificates of service. As of June 17, 2010, Plaintiff has not filed a Response, nor has he sought an extension of time to do so.

The Court may, in its discretion, treat Plaintiff's failure to respond to Defendant's Motion for Summary Judgment as a consent to the granting of that motion without further notice, and judgment may be entered dismissing this action with prejudice pursuant to Federal Rule of Civil Procedure 56; *see Brydges v. Lewis*, 18 F.3d 651 (9th Cir. 1994) (per curiam).

The Court will give Plaintiff **30 days** from the date of this Order to file a Response to the Motion for Summary Judgment.

**IT IS THEREFORE ORDERED** that Plaintiff shall file and serve a Response to Defendant's Motion for Summary Judgment (Dkt. # 40) on or before **July 19, 2010**. Should

JDDL

1  Plaintiff fail to comply, the Court may consider such failure to respond as consent to the
2  granting of the motion.  This could result in the dismissal of Plaintiff's claim.
3       DATED this 18th day of June, 2010.

                    */s/ H. Murray Snow*
                    G. Murray Snow
                    United States District Judge