# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Greg Acosta,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>S. Suryadevara,<br><br>　　　　Defendant. | No. CV 1-08-1238-GMS<br><br>**ORDER** |

Pending before the Court is Plaintiff's Motion and Declaration for Reconsider Appointing Counsel to Plaintiff (Dkt. # 50). The Court will treat it as a Motion to Reconsider. Accordingly,

**IT IS HEREBY ORDERED** denying the Motion to Reconsider (Dkt. # 50).

DATED this 8th day of July, 2010.

*/s/ H. Murray Snow*
G. Murray Snow
United States District Judge

JDDL