# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Greg Acosta, ) | No. CV 1-08-1238-GMS |
| )   Plaintiff, ) | **ORDER** |
| vs. ) | |
| S. Suryadevara, ) | |
| )   Defendant. ) | |

Pending before the Court is Plaintiff's Motion for Appointment of Counsel (Doc. 54). This is Plaintiff's third request. The Court will again deny the request as previously explained. *See* Court's Orders (Docs. 47, 51). Therefore,

**IT IS HEREBY ORDERED** denying the Motion.

DATED this 15th day of September, 2010.

*G. Murray Snow*
G. Murray Snow
United States District Judge

JDDL